# EXHIBIT A

# DOCUMENT REDACTED IN ITS ENTIRETY FOR PUBLIC FILING

# EXHIBIT B

# DOCUMENT REDACTED IN ITS ENTIRETY FOR PUBLIC FILING

# EXHIBIT C

# DOCUMENT REDACTED IN ITS ENTIRETY FOR PUBLIC FILING

# EXHIBIT D

# DOCUMENT REDACTED IN ITS ENTIRETY FOR PUBLIC FILING