# EXHIBIT 5

Redacted for

Public Filing



**JOINT AFFIDAVIT OF:**

for BHATHWARI TECHNOLOGIES, and

for NOUVEAU DIAMONDS LLP

20th June, 2020

We, ▮▮▮▮ ▮▮▮▮ swear under penalty of perjury in the State ▮▮▮▮ ▮▮ on the date of 20th June, 2020, that the following information is true and correct based on our personal knowledge.

1.      Nouveau Diamonds LLP (Nouveau) makes diamonds. Bhathwari Technologies (Bhathwari) assists in developing Nouveau's technology. Nouveau used to be NDE Eternal Diamonds. Bhathwari does not grow or anneal diamonds for commercial sale.

2.      Any diamonds that Fenix Diamonds LLC (Fenix) received from Nouveau/NDE, Nouveau/NDE grew and annealed after 1 April 2017.

3.      Fenix requested us to write this Affidavit to record Nouveau/NDE's procedure for manufacturing diamonds. To

4.      Nouveau is available for inspection to demonstrate the manufacturing procedures.

5.      Since 1 April 2017, Nouveau/NDE uses this growing process:

HIGHLY CONFIDENTIAL

5.A. VIEW 1 is the diamond growing machine. Diamond seeds are on the flat upper surface of a substrate plate. One infrared pyrometer is above the deposition chamber. The pyrometer points at the center of one growth surface.

5.B. VIEW 2 is the infrared pyrometer. It measures the average temperature of its spot size. It can't separate between temperatures of different points within the spot. It can't find a temperature difference between two points unless moved. We don't move the pyrometer during growth.

5.C. VIEW 3 shows diamonds at the growth beginning ▮ hours.

5.D. VIEW 4 shows diamonds at the growth ▮ hours.

5.E. VIEW 5 shows diamonds at the end growth ▮ hours. There is ▮ polycrystalline on each diamond.

5.F. VIEWS 6–10 shows normal diamond ▮ after growing ends. The polycrystallinity ▮

5.G. Nouveau controls growth with a controller. The controller tries to keep temperature at ▮ As shown in VIEW 11, if the temperature is below ▮ or above ▮ a siren alarms to stop the machine.

5.H. VIEW 11 shows the pressure of ▮ millibar. For ▮ the ▮

5.I. VIEW 12 shows the ▮ on the display.

5.J. VIEW 13 is a normal worksheet that workers fill out during growth. The TEMP column is growth surface temperature. The ''B column is pressure in millibar ▮

NV000959



5.K.   Nouveau/NDE don't compute or measure temperature difference on the growth surface during normal growth. Fenix asked us to try. VIEW 14 is screenshots from Video A. VIEW 15 is screenshots from Video B.

5.L.   Video A happens at ~4 hours of growth. It shows growth surface middle temperature = ▮▮▮ and growth surface periphery temperature= ▮▮▮ The pressure on the screen = ▮▮▮

5.M.   Video B happens at ~52 growth hours. It shows growth surface middle temperature = ▮▮▮ and growth surface periphery temperature= ▮▮▮ The pressure on the screen▮▮▮

5.N.   Growth happens for about ▮▮ hours. We have ▮▮▮ measuring center to edge growth surface temperature once severe polycrystalline diamond grows. (1) The ▮▮▮ of the ▮▮▮ polycrystalline ▮▮▮ is bigger than the ▮▮▮ of the ▮▮▮ emissivity
(2) ▮▮▮ polycrystalline region has a ▮▮▮

5.O.   The center to edge temperature difference is much more than 20°C throughout growth. (1) If the center to edge difference was less than 20°C, then there would be ▮▮▮

(2) The ▮▮▮ polycrystalline region has a lower thermal conductivity than the central crystal. It will be much hotter than the ▮▮▮

6.   After growing, Nouveau ▮▮ the diamond into ▮▮▮ and anneals. Since April 1, 2017, Nouveau/NDE done annealing as described below.

6.A.   In the ▮▮▮ annealing ▮▮▮ the diamond ▮▮▮ is annealed at less than ▮▮▮





| | |
|---|---|
| 6.B.   In the ▮▮▮ annealing step, the diamond is annealed in a ▮▮▮ at ▮▮▮ and ▮3▮ GPa. VIEW 16 shows the ▮▮▮ | |
| 6.C.   A pressure at or below 3▮ GPa is needed to prevent the diamonds from internally fracturing. | |
| 6.D.   The diamond ▮▮▮ is ▮▮▮ before the second annealing step. | |

તારીખ:   20 - 06 - 2020



BHATHWARI TECHNOLOGIES

તારીખ:   20 - 06 - 2020

NOUVEAU DIAMONDS LLP



BEFORE ME

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

NV000964



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

NV000969

HIGHLY CONFIDENTIAL

NV000970



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

NV000975



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL