# EXHIBIT 13

This exhibit has been redacted in its entirety.