# EXHIBIT 14

1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CARNEGIE INSTITUTION OF
WASHINGTON AND M7D CORPORATION,

    Plaintiffs,

  vs.                         CASE NO:   20-CV-189 (JSR)

PURE GROWN DIAMONDS, INC., and
IIA TECHNOLOGIES PTE. LTD. d/b/a
IIA TECHNOLOGIES,

      Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CARNEGIE INSTITUTION OF
WASHINGTON and M7D CORPORATION,

    Plaintiffs,

  vs.                         CASE NO:   20-CV-200 (JSR)

FENIX DIAMONDS, LLC,

      Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    The video deposition of YOGESH K. VOHRA, Ph.D.,

    taken remotely via Zoom videoconference with the

    witness located in Washington, DC, on July 31,

    2020, commencing at approximately 10:00 a.m. ET

Reported by:

L. ALAN PEACOCK, RDR, CRC, CCR

JOB NO. 48951

                                                                        2

1                        A P P E A R A N C E S

2     ON BEHALF OF THE PLAINTIFFS CARNEGIE INSTITUTION OF
      WASHINGTON AND M7D CORPORATION:
3
          PERKINS COIE LLP
4         1155 Avenue of the Americas
          22nd Floor
5         New York, New York 10036
          212-399-8057
6
          BY: SARAH E. FOWLER, ESQ.
7             sfowler@perkinscoie.com
                        and
8             JOSEPH W. RICIGLIANO, Ph.D.
              jricigliano@perkinscoie.com
9

10    ON BEHALF OF THE DEFENDANT IIA TECHNOLOGIES PTE
      LIMITED AND PURE GROWN DIAMONDS, INC., IN THE 189
11    MATTER:

12        FINNEGAN, HENDERSON, FARABOW, GARRETT
           & DUNNER, LLP
13        901 New York Avenue, NW
          Washington, DC 20001
14        202-408-4000

15        BY: J. PRESTON LONG, ESQ.
              j.preston.long@finnegan.com
16
      ON BEHALF OF THE DEFENDANT FENIX DIAMONDS, LLC, IN
17    THE 200 CASE:

18        LEYDIG, VOIT & MAYER, LTD.
          180 North Stetson Avenue
19        Suite 4900
          Chicago, Illinois 60601
20        312-616-5600

21        BY: DAVID M. AIRAN, ESQ.
              dairan@leydig.com
22                   and
              MAX B. SNOW, ESQ.
23            msnow@leydig.com.

24    /

25    /

8

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: All right. And will | 09:09:12 |
| 2 | the court reporter now please swear in the | 09:09:12 |
| 3 | witness. | 09:09:12 |
| 4 | MR. AIRAN: There are more appearances. | 09:09:12 |
| 5 | This is David Airan on from Leydig, Voit & | 09:09:12 |
| 6 | Mayer on behalf of Fenix Diamonds, LLC, in | 09:09:14 |
| 7 | the 200 case. And with me is Max Snow, also of | 09:09:17 |
| 8 | Leydig Voit & Mayer, also representing Fenix | 09:09:21 |
| 9 | Diamonds, LLC. | 09:09:25 |
| 10 | MR. MELLON: Although you can't see me, | 09:09:27 |
| 11 | this is David Mellon, M-E-L-L-O-N, counsel for | 09:09:27 |
| 12 | Dr. Vohra. | 09:09:32 |
| 13 | THE VIDEOGRAPHER: Okay. Now, will the | 09:09:40 |
| 14 | court reporter please swear in the witness. | 09:09:41 |
| 15 | THE COURT REPORTER: My name is Alan | 09:09:43 |
| 16 | Peacock with Henderson Legal Services. I am an | 09:09:43 |
| 17 | Alabama Certified Court Reporter. My license | 09:09:43 |
| 18 | number is AL013, and my license is available | 09:09:43 |
| 19 | for inspection. | 09:09:43 |
| 20 | At this time, do all parties agree to | 09:09:43 |
| 21 | waive any objection now or in the future to the | 09:09:43 |
| 22 | reporter swearing in the witness remotely? | 09:09:43 |
| 23 | Please so indicate. | 09:09:43 |
| 24 | MR. LONG: No objection here. | 09:09:43 |
| 25 | MR. AIRAN: No objection on behalf of | 09:09:43 |

9

| | | |
|---|---|---|
| 1 | Fenix. | 09:09:43 |
| 2 | THE COURT REPORTER: Thank you. | 09:09:43 |
| 3 | I would ask the witness to please raise | 09:09:43 |
| 4 | your right hand and face the camera. | 09:09:43 |
| 5 | YOGESH K. VOHRA, PH.D., | 09:09:43 |
| 6 | the witness, having been first duly sworn | 09:09:43 |
| 7 | to speak the truth, the whole truth, and nothing but | 09:09:43 |
| 8 | the truth, testified as follows: | 09:09:43 |
| 9 | EXAMINATION | 09:09:43 |
| 10 | BY MR. LONG: | 09:10:32 |
| 11 | Q.  So let me first start, Dr. Vohra, by | 09:10:33 |
| 12 | saying thank you for being here today.  There are | 09:10:36 |
| 13 | probably any number of things you would rather be | 09:10:39 |
| 14 | doing today; so for what it's worth, we appreciate | 09:10:41 |
| 15 | your time. | 09:10:43 |
| 16 | Is this your first deposition? | 09:10:44 |
| 17 | **A.  That's correct.** | 09:10:47 |
| 18 | Q.  Okay.  So I just want to run through a few | 09:10:49 |
| 19 | guidelines to make sure everything goes smoothly.  I | 09:10:52 |
| 20 | think that the court reporter has already mentioned | 09:10:55 |
| 21 | it's best if we don't talk over one another so that | 09:10:57 |
| 22 | the court reporter can take down our conversation | 09:11:00 |
| 23 | and there's no cross talk.  Is that okay? | 09:11:02 |
| 24 | **A.  That's fine.** | 09:11:07 |
| 25 | Q.  From time to time, I probably will ask a | 09:11:09 |

|    |                                                                |          |
|----|----------------------------------------------------------------|----------|
| 1  | degree of polycrystallinity mean?                              | 02:23:08 |
| 2  | **A.   I think this is a very general statement.**             | 02:23:20 |
| 3  | **What it really means is that you have some**                 | 02:23:23 |
| 4  | **appearance of polycrystalline growth at the edges,**         | 02:23:32 |
| 5  | **which can be a machine or laser cut to remove.**             | 02:23:34 |
| 6  | Q.   Okay.                                                     | 02:23:42 |
| 7  | **A.   I think that's what it really means.**                  | 02:23:43 |
| 8  | **Because X-ray diffraction which is doing the rocking**       | 02:23:48 |
| 9  | **curve can also measure the polycrystalline**                 | 02:23:53 |
| 10 | **diffraction pattern.  And if you get your single,**          | 02:23:54 |
| 11 | **that means you have some polycrystallinity in the**          | 02:23:57 |
| 12 | **sample.**                                                    | 02:24:01 |
| 13 | Q.   Okay.  Makes sense.  Now, we can go to                    | 02:24:06 |
| 14 | Exhibit 10, which is that Dr. Yan paper you brought            | 02:24:09 |
| 15 | up earlier.                                                    | 02:24:15 |
| 16 |      Do you see the portion I highlighted here?                | 02:24:45 |
| 17 | **A.   Yes.**                                                  | 02:24:55 |
| 18 | Q.   Can you explain what that's referring to?                 | 02:24:57 |
| 19 | **A.   I'll have to look at these Reference 9 and**            | 02:25:37 |
| 20 | **13.**                                                        | 02:25:40 |
| 21 | Q.   I don't know if they're Attached as                       | 02:25:47 |
| 22 | exhibits, 9 and 13.  No, they're not.  But that's              | 02:25:50 |
| 23 | okay.  If you don't remember that's okay.                      | 02:25:58 |
| 24 | **A.   The other thing is that 9 and 13, I really**            | 02:26:00 |
| 25 | **cannot say what are the indications of this.**               | 02:26:03 |

| | | |
|---|---|---|
| 1 | Q. Okay. What do you think would happen, | 02:26:09 |
| 2 | though -- if you're able to answer this without | 02:26:15 |
| 3 | looking at these references -- what would you expect | 02:26:17 |
| 4 | to happen if plasma concentrated at tips and edges? | 02:26:21 |
| 5 | **A. Well, if we have a plasma concentration at** | 02:26:32 |
| 6 | **tips and edges, you get graphite growth at those** | 02:26:37 |
| 7 | **edges.** | 02:26:41 |
| 8 | Q. Would that mean that the tips and edges | 02:26:42 |
| 9 | would be much hotter than the center? | 02:26:44 |
| 10 | A. Yes. | 02:26:47 |
| 11 | Q. Okay. And by "much hotter," much hotter | 02:26:50 |
| 12 | than 20 degrees Celsius? | 02:26:53 |
| 13 | **A. If you have graphite nucleation at the** | 02:26:58 |
| 14 | **edges, you will get a lot of temperature range.** | 02:27:01 |
| 15 | Q. Larger than 20 degrees Celsius? | 02:27:06 |
| 16 | **A. Oh, yes.** | 02:27:09 |
| 17 | Q. Is that what you're saying? | 02:27:09 |
| 18 | **A. Yes.** | 02:27:11 |
| 19 | Q. Okay. So now here I want to go to Fig. 1. | 02:27:12 |
| 20 | And I know this isn't -- are you familiar with this | 02:27:20 |
| 21 | picture? | 02:27:29 |
| 22 | **A. Yes.** | 02:27:30 |
| 23 | Q. Okay. So it's kind of a blurry picture. | 02:27:33 |
| 24 | And I was hoping you could explain what is being | 02:27:41 |
| 25 | shown on the right side and on the bottom. And, | 02:27:44 |

| | | |
|---|---|---|
| 1 | here, let me show you the caption first.  The | 02:27:52 |
| 2 | caption is right here. | 02:27:56 |
| 3 |     A.   Yes.  So basically it is a commercial | 02:28:02 |
| 4 | yellow diamond plate on the left.  And we put it in | 02:28:06 |
| 5 | the plasma CVD reactor.  And then it is enlarged | 02:28:11 |
| 6 | after the growth experiment.  And the insert was at | 02:28:18 |
| 7 | the bottom is showing that you are beginning to form | 02:28:22 |
| 8 | some kind of a (111) edge. | 02:28:26 |
| 9 |     So you start out with sharp phases, six | 02:28:31 |
| 10 | phases of (100) diamond.  And after the growth, you | 02:28:33 |
| 11 | are beginning to see some formation of (111) diamond | 02:28:40 |
| 12 | plate. | 02:28:45 |
| 13 |     Q.   So are you referring to that little thing | 02:28:47 |
| 14 | that that I -- | 02:28:49 |
| 15 |     A.   Yeah. | 02:28:50 |
| 16 |     Q.   So is that kind of like a lump on the | 02:28:51 |
| 17 | corner? | 02:28:55 |
| 18 |     A.   Yes.  So I think that the main point of | 02:28:56 |
| 19 | showing this is that, even though you start with a | 02:28:59 |
| 20 | cube, after the growth experiment, it's going to | 02:29:01 |
| 21 | become what is known as octahedron shaped, the | 02:29:06 |
| 22 | diamond.  And you have (100) and (111) phases.  So | 02:29:11 |
| 23 | basically it's showing the early signs of, you know, | 02:29:16 |
| 24 | an octahedron shape. | 02:29:19 |
| 25 |     Q.   Okay.  So let me -- I can't show you these | 02:29:24 |

178

| | | |
|---|---|---|
| 1 | holder? | 02:46:54 |
| 2 | **A.   Yeah.   That's what it would imply.** | 02:46:58 |
| 3 | Q.   Okay.  Sure.  Now, I want to go to -- oh, | 02:47:03 |
| 4 | let me ask you a question.  Is there a difference in | 02:47:22 |
| 5 | surface morphology between single-crystal diamond | 02:47:25 |
| 6 | and polycrystalline diamond? | 02:47:29 |
| 7 | **A.   Yes.** | 02:47:36 |
| 8 | Q.   Okay. So now I'm going to go to the same | 02:47:40 |
| 9 | document.  I'm going to go to Paragraph 152.  It | 02:47:45 |
| 10 | talks about temperature gradient and heat-sinking | 02:47:57 |
| 11 | holder. | 02:48:08 |
| 12 | Do you see that? | 02:48:15 |
| 13 | **A.   Yes.** | 02:48:16 |
| 14 | Q.   Okay.  Now, it lists a few temperature | 02:48:22 |
| 15 | gradients across the growth surface.  It says less | 02:48:24 |
| 16 | than 100, less than 50, 40, 30, 20, 10. | 02:48:27 |
| 17 | **A.   Yes.** | 02:48:34 |
| 18 | Q.   Okay.  What would a diamond with a | 02:48:38 |
| 19 | temperature gradient across the growth surface of | 02:48:44 |
| 20 | 100 degrees Celsius look like compared to one with | 02:48:47 |
| 21 | 10 degrees Celsius? | 02:48:54 |
| 22 | **A.   I really don't recall those details.** | 02:49:00 |
| 23 | Q.   Okay.  So do you remember if you grew a | 02:49:07 |
| 24 | diamond with a temperature gradient of 100 degrees | 02:49:12 |
| 25 | Celsius? | 02:49:16 |

| | | |
|---|---|---|
| 1 | A.    I don't remember those details. | 02:49:17 |
| 2 | Q.    So I just want to go back to -- so this | 02:49:27 |
| 3 | sentence here: "This results in samples with a | 02:49:38 |
| 4 | widely varied surface morphology indicating an | 02:49:42 |
| 5 | uneven thermal gradient across the surface." | 02:49:44 |
| 6 | So if you had a diamond that had kind of a | 02:49:49 |
| 7 | large crystal in the center and polycrystalline | 02:49:56 |
| 8 | diamond on the sides, would that indicate a widely | 02:50:00 |
| 9 | varied surface morphology? | 02:50:05 |
| 10 | **A.    Not necessarily.  Because you could have** | 02:50:15 |
| 11 | **the center portion small with (100) growth, and then** | 02:50:17 |
| 12 | **on the edges, you may have -- so your surface** | 02:50:23 |
| 13 | **morphology in the center may be very small, but you** | 02:50:27 |
| 14 | **still have polycrystalline on the outside.** | 02:50:29 |
| 15 | Q.    What about the transition region between | 02:50:35 |
| 16 | the single-crystal in the center and the polycrystal | 02:50:38 |
| 17 | on the side? | 02:50:43 |
| 18 | **A.    That would be a case of a different** | 02:50:51 |
| 19 | **morphology.** | 02:50:55 |
| 20 | Q.    So that would be a case of different | 02:50:56 |
| 21 | surface morphologies?  Is that what you said? | 02:50:58 |
| 22 | **A.    Yes.  That's correct.** | 02:51:01 |
| 23 | Q.    Okay.  Great.  So let's say you want -- | 02:51:02 |
| 24 | going back to Paragraph 152, but let's say you | 02:51:20 |
| 25 | wanted to achieve a temperature gradient across the | 02:51:23 |

| | | |
|---|---|---|
| 1 | growth surface of less than 20 degrees or 10 degrees | 02:51:28 |
| 2 | or even -- let's say less than 30 degrees.  What do | 02:51:31 |
| 3 | you think you would require in order to accomplish | 02:51:43 |
| 4 | that? | 02:51:46 |
| 5 |     **A.  I think it would be the substrate holder** | 02:51:58 |
| 6 | **design.** | 02:52:01 |
| 7 |     Q.   The one that contacts the diamonds on | 02:52:03 |
| 8 | their sides? | 02:52:05 |
| 9 |     **A.   Correct.  Yes.** | 02:52:06 |
| 10 |     **(DEPOSITION EXHIBIT 103 WAS MARKED FOR** | 02:52:06 |
| 11 |      **IDENTIFICATION.)** | 02:52:06 |
| 12 | BY MR. SNOW: | 02:52:08 |
| 13 |     Q.   Okay.  So now I want to go Exhibit 103. | 02:52:08 |
| 14 |     Dr. Vohra, is this -- are you an author of | 02:52:37 |
| 15 | this paper? | 02:52:40 |
| 16 |     **A.   Yes, I am.** | 02:52:42 |
| 17 |     Q.   Okay.  And is Chih-shiue Yan, is he a | 02:52:45 |
| 18 | co-inventor of the 078 patent? | 02:52:51 |
| 19 |     **A.   Yes, he is.** | 02:52:56 |
| 20 |     Q.   And did you write this paper together? | 02:52:58 |
| 21 |     **A.   Yes, we did.** | 02:53:02 |
| 22 |     Q.   Okay.  So let's go down.  And I know you | 02:53:06 |
| 23 | have kind of seen maybe a little bit lower-quality | 02:53:13 |
| 24 | versions of these pictures earlier today because I | 02:53:18 |
| 25 | think that some of these were in the Yan | 02:53:21 |

| | | |
|---|---|---|
| 1 | dissertation.  But I wanted to talk about some of | 02:53:27 |
| 2 | these pictures, if that's okay with you. | 02:53:29 |
| 3 | **A.   Okay.** | 02:53:32 |
| 4 | Q.   So, first, I want us to look at this | 02:53:38 |
| 5 | diamond, DRUK1. | 02:53:46 |
| 6 | **A.   Okay.** | 02:53:48 |
| 7 | Q.   So is this area in the center all one big | 02:53:50 |
| 8 | crystal? | 02:54:02 |
| 9 | **A.   It is.** | 02:54:03 |
| 10 | Q.   Okay.  What's the black stuff around the | 02:54:05 |
| 11 | edges? | 02:54:09 |
| 12 | **A.   Most likely some graphite nucleation.** | 02:54:13 |
| 13 | Q.   Okay.  Is this -- in your experience, is | 02:54:18 |
| 14 | this kind of a pretty good surface morphology or a | 02:54:29 |
| 15 | poor one? | 02:54:35 |
| 16 | **A.   I would say if you go up, DRUK2, that's a** | 02:54:37 |
| 17 | **better one.** | 02:54:41 |
| 18 | Q.   This one? | 02:54:46 |
| 19 | **A.   Yes.  Because you can see, you are** | 02:54:46 |
| 20 | **beginning to develop -- remember, this is a circular** | 02:54:49 |
| 21 | **plate, so you have the upper edges which are (100)** | 02:54:53 |
| 22 | **surface on the side.  So this one has a much better** | 02:54:57 |
| 23 | **morphology than the other one.** | 02:55:03 |
| 24 | Q.   Okay. | 02:55:05 |
| 25 | **A.   So out all of these pictures, this is the** | 02:55:06 |