# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON, M7D CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>FENIX DIAMONDS LLC,<br><br>    Defendant. | Civil Action No. 1:20-cv-00200 |

**PLAINTIFFS' SECOND SET OF REQUESTS TO FENIX FOR THE
PRODUCTION OF DOCUMENTS AND THINGS (NO. 92)**

Pursuant to Fed. R. Civ. P. Rules 26 and 34 and Local Civil Rule 26.3, Plaintiffs Carnegie Institution of Washington and M7D Corporation (collectively, "Plaintiffs") hereby request that Defendant Fenix Diamonds LLC ("Fenix") produce the following documents and things within 30 days at a place and in a manner as agreed to by counsel for the parties.

These Requests are continuing in nature, and any additional responsive documents or things that may be discovered subsequent to the initial responsive production should be produced within a reasonable time following such discovery pursuant to Fed. R. Civ. P. 26.

**DEFINITIONS AND INSTRUCTIONS**

Plaintiffs incorporate in full the Definitions and Instructions from Plaintiffs' First Set of Requests to Fenix for the Production of Documents and Things (Nos. 1-91).

**PLAINTIFFS' SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

**Request for Production No. 92:**

Representative samples of diamonds of the type typically manufactured for and/or sold by Fenix, of the type used to make a cut diamond having a carat weight of at least 1 carat, a color of at least H or better and a clarity of at least SI2 or better, including: 1) five rough diamonds

– 1 –

– 2 –

before the flash is cut off; 2) five rough diamonds after the flash is cut off; 3) five rough diamonds after they are annealed to reduce color and/or opacity; 4) five rough diamonds of each fancy color after they are annealed; and 5) five cut and polished diamonds.

June 4, 2020  Respectfully submitted,

**PERKINS COIE LLP**

By:/*s/ Matthew J. Moffa*
Matthew J. Moffa
PERKINS COIE LLP
1155 Avenue of the Americas
22nd Floor
New York, NY  10036-2711
Telephone: (212) 261-6857
Fax: (212) 399-8057
e-mail:  MMoffa@perkinscoie.com

Terrence J. Wikberg (*admitted pro hac vice*)
PERKINS COIE LLP
607 14th Street, NW
Washington, DC  20005
Telephone (202) 434-1649
Fax: (202) 654-9149
e-mail:  TWikberg@perkinscoie.com

Amy E. Simpson (*admitted pro hac vice*)
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-3334
Telephone: (858) 720-5702
Fax: (858) 720-5799
e-mail:  ASimpson@perkinscoie.com

*Counsel for Plaintiffs*
*Carnegie Institution of Washington and*
*M7D Corporation*

– 1 –

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I caused to be served copies of the foregoing PLAINTIFFS' SECOND SET OF REQUESTS TO FENIX FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NO. 92) on the following counsel via email:

Steven Sklar
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, IL 60601
ssklar@leydig.com

Max Snow
Leydig, Voit & Mayer, Ltd.
Liebigstrasse 51
60323 Frankfurt am Main, Germany
msnow@leydig.com

Daniel Waxman
Bryan, Cave, Leighton, Paisner LLP
1290 Avenue of the Americas
New York, NY 10104
dpwaxman@bclplaw.com
*Counsel for Fenix Diamonds, LLC*

Dated:  June 4, 2020

By: /s/ *Matthew J. Moffa*
Matthew J. Moffa
PERKINS COIE LLP

*Counsel for Plaintiffs
Carnegie Institution of Washington and M7D Corporation*