# EXHIBIT 24

This exhibit has been redacted in its entirety.