# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON and M7D CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> FENIX DIAMONDS LLC, <br><br> Defendant. | Civil Action No. 1:20-cv-00200-JSR <br><br> ORDER |

WHEREAS Defendant have informed the Court that a public redacted version of Defendant's Responses to Plaintiffs' Statement of Material Facts in Support of their Opposition to Defendant's Motion for Summary Judgement (ECF No. 125) was filed on November 9, 2020, that inadvertently did not include redactions to certain of Plaintiffs' highly confidential information;

WHEREAS Defendant has moved the Court to remove from the case docket the document at ECF No. 125; and

WHEREAS Plaintiffs do not oppose Defendant's motion;

THEREFORE for good cause shown the Court respectfully directs the Clerk of the Court to strike the following document from the docket but retain the summary docket text for the record: ECF No. 125. The parties shall cause to be filed a corrected public redacted version of Defendant's Responses to Plaintiffs' Statement of Material Facts in Support of their Opposition to Defendant's Motion for Summary Judgement.

Dated: November 10, 2020

_____
HON. JED S. RAKOFF, U.S.D.J.

1