IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON and M7D CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX DIAMONDS LLC,<br><br>Defendant. | Case No. 1:20-cv-00200-JSR<br><br>Hon. Jed S. Rakoff |

**DECLARATION OF MAXWELL B. SNOW IN SUPPORT OF FENIX'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS**

I, Maxwell B. Snow, declare as follows:

1. I am an attorney with Leydig, Voit & Mayer, Ltd. and represent Defendant Fenix Diamonds LLC ("Fenix") in the above-captioned matter.

2. I submit this declaration in support of Fenix's Opposition to Plaintiffs' Motion to Dismiss.

3. Attached as Exhibit A is a true and correct copy of excerpts from the transcript from the *Markman* hearing held on April 24, 2020, in the above-captioned litigation ("*Markman* Tr.").

4. Attached as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Susanne Rechner on August 27, 2020 ("Rechner Dep. Tr.").

5. Attached as Exhibit C is a true and correct copy of excerpts from the Expert Report of J. Michael Pinneo, Ph. D., Regarding Invalidity of U.S. Patent Nos. RE41,189 and 6,858,078 ("Pinneo Invalidity Rpt.").

I, Maxwell B. Snow, declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on July 15, 2021 in Chicago, Illinois | <u>Signed: /Maxwell. B Snow/</u> (*pro hac vice*)<br>LEYDIG, VOIT & MAYER, LTD.<br>180 North Stetson Avenue, Suite 4900<br>Chicago, Illinois 60601<br>Tel.: (312) 616–5600<br>Fax: (312) 616-5700<br>msnow@leydig.com |

2