# EXHIBIT B

**Public Version -
Exhibit Redacted in its Entirety
for Public Filing**