```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARNEGIE INSTITUTION OF WASHINGTON   :
and M7D CORP.,                       :
                                     :
          Plaintiffs,                :
                                     :    20-cv-200 (JSR)
              -v-                    :
                                     :    ORDER
FENIX DIAMONDS, LLC,                 :
                                     :
          Defendant.                 :
                                     :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is plaintiffs' motion to dismiss Fenix's counterclaim for invalidity of the asserted claims of the '078 patent. ECF No. 134. Upon due consideration, the Court grants plaintiffs' motion. The Court will issue an opinion setting forth the reasons for this ruling by no later than August 17, 2021.

SO ORDERED.

Dated:   New York, NY
         July 29, 2021

                                          _____
                                          JED S. RAKOFF, U.S.D.J.

1