```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARNEGIE INSTITUTION OF WASHINGTON  :
and M7D CORP.,                      :
                                    :
        Plaintiffs,                 :
                                    :    20-cv-200 (JSR)
        -v-                         :
                                    :    FINAL JUDGMENT
FENIX DIAMONDS, LLC,                :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Final judgment is hereby entered in this case, as the parties' remaining claims and counterclaims have been dismissed. See ECF Nos. 133, 140, 141. The schedule for briefing Fenix's remaining motion for attorney's fees is set as follows: opening brief to be filed by August 30, 2021, opposition brief by September 20, 2021, and reply brief by October 4, 2021.

SO ORDERED.

Dated:   New York, NY
         Aug 13, 2021

_____
JED S. RAKOFF, U.S.D.J.

1