IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON,<br><br>M7D CORPORATION<br><br>    Plaintiffs,<br><br>    v.<br><br>FENIX DIAMONDS LLC,<br><br>    Defendant. | C.A. No. 1:20-cv-00200-JSR |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Wei-Chih Hsu hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Fenix Diamonds LLC in the above-captioned action.

I am in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required under Local Rule 1.3(c) with a corresponding certificate from the Illinois Supreme Court.

1

Date: September 13, 2023

        Respectfully submitted,

        /s/ Wei-Chih Hsu
        Wei-Chih Hsu
        CROWELL & MORING LLP
        455 N. Cityfront Plaza Drive
        Suite 3600
        Chicago, IL 60611
        Direct: 312.840.3265
        Fax: 312.321.4299
        E-mail: whsu@crowell.com

        *Counsel for Defendant, Fenix Diamonds LLC*