UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON, <br><br> M7D CORPORATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> FENIX DIAMONDS LLC, <br><br> *Defendant*. | Civil Action No. 1:20-cv-00200-JSR <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Withdraw as Counsel for Plaintiffs, the undersigned counsel hereby moves this Court pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York for leave for Perkins Coie LLP to withdraw as counsel for Plaintiffs Carnegie Institution of Washington and M7D Corporation in the above-captioned action.

| | |
|---|---|
| Dated: September 18, 2023 | Respectfully submitted,<br>**PERKINS COIE LLP**<br><br>*/s/ Matthew J. Moffa*<br>Matthew J. Moffa<br>PERKINS COIE LLP<br>1155 Avenue of the Americas, 22nd Floor<br>New York, NY 10036-2711<br>Telephone: (212) 261-6857<br>Fax: (212) 399-8057<br>e-mail: MMoffa@perkinscoie.com<br><br>Terrence J. Wikberg (*admitted pro hac vice*)<br>Michael A. Chajon (*admitted pro hac vice*)<br>PERKINS COIE LLP<br>607 14th Street, NW<br>Washington, DC  20005<br>Telephone (202) 434-1649<br>Fax: (202) 654-9149<br>e-mail:  TWikberg@perkinscoie.com<br>         MChajon@perkinscoie.com<br><br>Amy E. Simpson (*admitted pro hac vice*)<br>Kevin Patariu<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130-3334<br>Telephone: (858) 720-5702<br>Fax: (858) 720-5799<br>e-mail: ASimpson@perkinscoie.com<br>        KPatariu@perkinscoie.com<br><br>Michelle Umberger (*admitted pro hac vice*)<br>PERKINS COIE LLP<br>33 East Main Street, Suite 201<br>Madison, WI 53703-3095<br>Telephone: (608) 663-7466<br>Fax: (608) 663-7499<br>e-mail: MUmberger@perkinscoie.com<br><br>Sarah Fowler (*admitted pro hac vice*)<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 943041212<br>Telephone: (650) 838-4489<br>e-mail: SFowler@perkinscoie.com<br><br>*Counsel for Plaintiffs Carnegie Institution of Washington and M7D Corporation* |