UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON, and M7D CORPORATION,<br><br>            Plaintiffs,<br><br>       -against-<br><br>FENIX DIAMONDS LLC,<br><br>            Defendant. | 20-cv-0200 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On September 18, 2023, plaintiffs' counsel filed a motion to withdraw under New York Rule of Professional Conduct ("RPC") 1.16(c). See ECF No. 153. However, counsel has represented that its "obligations under RPC 1.6 prevent [it] from disclosing" the basis for the withdrawal motion "absent a court order to specifically disclose that information in camera." ECF No. 154, at 2. To make an informed ruling on the motion, the Court hereby orders plaintiffs' counsel to disclose in camera the confidential information that it believes supports its motion to withdraw. Counsel shall submit such information in writing by email to chambers by no later than 5pm on September 20, 2023.

SO ORDERED.

New York, NY
September 20, 2023

_____
JED S. RAKOFF, U.S.D.J.

- 1 -