UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARNEGIE INSTITUTION OF WASHINGTON, and M7D CORPORATION,

    Plaintiffs,

-against-

FENIX DIAMONDS LLC,

    Defendant.

20-cv-0200 (JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.

On September 18, 2023, plaintiffs' counsel filed a motion to withdraw under New York Rule of Professional Conduct ("RPC") 1.16(c). See ECF No. 153. Counsel represented that its "obligations under RPC 1.6 prevent[ed] [it] from disclosing" the basis for the withdrawal motion "absent a court order to specifically disclose that information in camera." ECF No. 154, at 2. Earlier today, the Court ordered plaintiffs' counsel to disclose in camera the confidential information that it believes supports its motion to withdraw. Plaintiff's counsel submitted that information, and the Court has reviewed it. For the reasons stated in that in camera submission, the Court hereby grants the motion to withdraw. Plaintiffs must obtain new counsel by Wednesday, October 11, 2023. That new counsel, along with defense counsel, must jointly call chambers by Thursday, October 12, 2023, at 5:00pm, to schedule a conference for further proceedings.

- 1 -

- 2 -

SO ORDERED.

New York, NY
September 20, 2023

_____
JED S. RAKOFF, U.S.D.J.