IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON,<br><br>M7D CORPORATION<br><br>  Plaintiffs,<br><br>  v.<br><br>FENIX DIAMONDS LLC,<br><br>  Defendant. | C.A. No. 1:20-cv-00200-JSR |

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to the approval of the Court, Defendant Fenix Diamonds LLC **substitutes** Anne Elise Herold Li of Crowell and Moring, LLP as counsel of record in place of Daniel Waxman of Bryan Cave, as well as Steven H. Sklar, David M. Airan, and Nicole E. Kopinski of Leydig, Voit & Mayer, Ltd.

Ms. Li has already entered a Notice of Appearance in this case.

I consent to the above substitution.

*Amit Mehta*

Amit Mehta, Secretary & Treasurer

Fenix Diamonds LLC

I consent to the above substitution.

/s/ Noah Weismann

Noah Weismann on behalf of Bryan Cave LLP

1

I consent to the above substitution.

/s/ Steven H. Sklar

Steven H. Sklar on behalf of Leydig, Voit & Mayer, Ltd.

I consent to the above substitution.

/s/ David M. Airan

David M. Airan on behalf of Leydig, Voit & Mayer, Ltd.

I consent to the above substitution.

/s/ Nicole E. Kopinski

Nicole E. Kopinski on behalf of Leydig, Voit & Mayer, Ltd.

I consent to the above substitution.

/s/ Anne Elise Herold Li

Anne Elise Herold Li

CROWELL & MORING LLP

The substitution of attorney is hereby APPROVED and so ORDERED.

September 21, 2023

Date

*Jed Rakoff*

Jed S. Rakoff, U.S.D.J.