# EXHIBIT 23

| | |
|---|---|
| **From:** | Wikberg, Terrence (Perkins Coie) |
| **To:** | Sklar, Steven |
| **Cc:** | Fenix-Litigation; Moffa, Matthew (Perkins Coie); Simpson, Amy (Perkins Coie) |
| **Subject:** | Carnegie v. Fenix |
| **Date:** | Friday, August 28, 2020 4:05:31 PM |

Steven:

Because Nouveau has continually failed to provide substantive information regarding its annealing process and, although early representations were made to contrary, Nouveau is repeatedly attempting to delay appropriate discovery through the Hague proceedings, Plaintiff's intend to move for dismissal of the 189 patent without prejudice or to extend the due date for its expert report as to the 189 patent by a sufficient time to allow for discovery from the Hague.

Please let me know of a time late in the day on Monday or Tuesday am for a meet and confer on our proposed motions.

Regards,

Terry

**Terry Wikberg** | **Perkins Coie LLP**
D. +1.202.654.6201
M. +1.202.669.7391
F. +1.202.654.9149
E. TWikberg@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.