IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON and M7D CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> FENIX DIAMONDS LLC, <br><br> Defendant. | Civil Action No. 1:20-cv-00200-JSR |

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TAXABLE COSTS**

WHEREAS, Defendant Fenix Diamonds LLC ("Fenix") filed a Bill of Costs on October 20, 2023 (ECF Nos. 173-74);

WHEREAS, Fenix and Plaintiff Carnegie Institution of Washington ("Carnegie Science") seek to avoid the unnecessary preparation and filing of objections and a reply on the amount of taxable costs, and conserve judicial resources for determining the same,

WHEREAS, Fenix and Carnegie Science have met and conferred, and, in order to reduce the burden on the Court, have agreed on the amount of taxable costs; and

NOW, THEREFORE, Fenix and Carnegie Science agree and stipulate as follows:

1. Taxable costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54.1 are taxed in favor of Fenix in the amount of $30,000;

2. Carnegie Science shall remit payment of the amount stated in Paragraph 1 to Fenix within 10 business days of the Court's order on this stipulation;

3. Fenix's bill of costs filed October 20, 2023 is withdrawn (ECF Nos. 173-74);

4. This stipulation does not impact and shall not be cited by either party as support for their positions with respect to Fenix's pending motion for attorney fees and non-taxable expenses (ECF Nos. 160-64); and

5. Notwithstanding anything to the contrary herein, Carnegie Science reserves all of its rights to seek contribution from any entity with whom it shares liability for taxable costs in this action. This includes, but is not limited to, the right to file any claims in M7D Corporation's bankruptcy proceedings (*In re M7D Corporation*, Bankr. D. Del. Case No. 23-11699) including, without limitation, claims arising from or related to attorneys' fees, costs, or other expenses paid by Carnegie Science to Fenix Diamonds LLC or any of its affiliates or designees (which, for the avoidance of doubt, shall include the amounts required to be paid pursuant to this Stipulation).

Dated: November 10, 2023

/s/ *Laura A. Lydigsen*
Anne E. Li
Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, New York 10022
ali@crowell.com
(212) 223-4000

Mark H. Remus (admitted *pro hac vice*)
Laura A. Lydigsen (admitted *pro hac vice*)
Wei-Chih Hsu (admitted *pro hac vice*)
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
NBC Tower
Chicago, Illinois 60611
mremus@crowell.com
llydigsen@crowell.com
whsu@crowell.com
(312) 321-4200

/s/ *April E. Isaacson*
GIANFRANCO FINIZIO
(NY Bar Number 4843751)
gfinizio@kilpatricktownsend.com
1114 Avenue Of The Americas New York, NY 10036
Tel: (212) 775-8840 / Fax: (646) 786-4442

APRIL E. ISAACSON
(admitted *pro hac vice*)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900 San Francisco, CA 94111
Tel: (415) 576-0200 / Fax: (415) 576 0300

ALTON L. ABSHER III
(*pro hac vice* application pending)
aabsher@kilpatricktownsend.com

Maxwell B. Snow (admitted *pro hac vice*)
Consolidated Legal, LLC
990 N. Lake Shore Drive
Chicago, IL 60611
msnow@consolidated.legal

*Counsel for Defendant Fenix Diamonds LLC*

1001 West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 607-7300 / Fax: (336) 607-7500

MATTHEW J. MEYER
(admitted *pro hac vice*)
mmeyer@kilpatricktownsend.com
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
Tel: 650-326-2400 / Fax: 650-326-2422

*Attorneys for Plaintiff Carnegie Institution of Washington*

SO ORDERED:

_____ USDJ
11-13-23