IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

CARNEGIE INSTITUTION OF WASHINGTON and M7D CORPORATION,
Plaintiffs,

vs.

PURE GROWN DIAMONDS, INC., et al.,
Defendants.

Case No. 1:20-cv-00189 JSR

---

CARNEGIE INSTITUTION OF WASHINGTON and M7D CORPORATION,
Plaintiffs,

vs.

FENIX DIAMONDS LLC,
Defendant.

Case No. 1:20-cv-00200 JSR

- - -

Videotaped deposition 30(b)(6)of CARNEGIE INSTITUTION OF WASHINGTON, by and through its corporate designee EMILY R. WILLIAMS, taken pursuant to notice via videoconference at 123 East Maple Street, Alexandria, Virginia, on Thursday, August 20, 2020, at 9:05 a.m., before Lorraine B. Marino, Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public.

- - -

HIGHLY CONFIDENTIAL

APPEARANCES: (via videoconference)

SARAH E. FOWLER, ESQ.
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
650-838-4300
sfowler@perkinscoie.com

-and-

MICHAEL A. CHAJON, ESQ.
PERKINS COIE LLP
700 13th Street, NW - Suite 800
Washington, DC 20005
202-654-3316
mchajon@perkinscoie.com
for Plaintiffs and Witness

STEVEN H. SKLAR, ESQ.
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza - Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
312-616-5600
ssklar@leydig.com
for Defendant Fenix Diamonds

CECILIA SANABRIA, ESQ.
J. PRESTON LONG, Ph.D., ESQ.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
202-408-4000
cecilia.sanabria@finnegan.com
jp.long@finnegan.com
for Defendants Pure Grown Diamonds and IIa Technologies

ALSO PRESENT: (via videoconference)

INGRID RODRIGUEZ
Videographer

- - -

THE VIDEOGRAPHER: We are now on the record. My name is Ingrid Rodriguez. I am a videographer for Henderson Legal Services. Today's date is August 20, 2020, and the time is 9:05 a.m. This video deposition is being held via remote Zoom in the matter of Carnegie Institute of Washington, et al., vs. Pure Grown Diamonds, Inc., et al., an Carnegie Institute of Washington, et al., vs. Fenix Diamonds LLC, for the United States District Court, Southern District of New York. The deponent is Emily Williams. 08:01:17 09:04:52 09:04:55 09:04:58 09:05:01 09:05:06 09:05:09 09:05:12 09:05:16 09:05:20 09:05:21 09:05:26

Will counsel please state your appearances for the record. 09:05:26 09:05:28

MR. SKLAR: Good morning. This is Steve Sklar, S-K-L-A-R, from Leydig, Voit & Mayer in Chicago. I am counsel for the defendant Fenix Diamonds LLC in 20-cv-200, and I will be starting out with the questions this morning. 09:05:31 09:05:33 09:05:39 09:05:42 09:05:50

MS. SANABRIA: Good morning. This is Cecilia Sanabria, with the Finnegan law firm. I represent the defendants Pure Grown Diamonds and IIa Technologies. 09:05:53 09:05:54 09:05:58 09:06:01

MR. LONG: And my name is J. Preston Long. Along with Ms. Sanabria, I also represent 09:06:09 09:06:11

the defendants IIa Technologies Pte., Ltd. and Pure Grown Diamonds, Inc., in the Civil Action No. 20-cv-189. 09:06:14 09:06:19 09:06:22

MS. FOWLER: This is Sarah Fowler, of Perkins Coie. I represent the plaintiffs Carnegie Institution of Washington and M7D Corporation and the witness. 09:06:27 09:06:28 09:06:31 09:06:34

THE VIDEOGRAPHER: The court reporter is Lorraine Marino, also on behalf of Henderson Legal Services, and will now swear in the witness. 09:06:37 09:06:37 09:06:40 09:06:43

EMILY ROSE WILLIAMS, having been first duly sworn, was examined and testified as follows: 09:06:48 09:06:53 09:06:53

BY MR. SKLAR: 09:07:05

Q. Good morning, Ms. Williams. 09:07:06

**A. Good morning.** 09:07:09

Q. Where are you located this morning? 09:07:10

**A. I am in Alexandria, Virginia.** 09:07:12

Q. Oh, great. I am in Chicago, for whatever that is worth. We are a little bit far away. 09:07:15 09:07:18

Before we begin, can you give your address for the record, please, your home address? 09:07:21 09:07:23 09:07:25

**A. Okay. Home address is 123 East Maple** 09:07:25

**year or July.** 09:31:18

MR. SKLAR: Counsel, I don't believe we have that document, so I am going to request that document. 09:31:25 09:31:26 09:31:28

MS. FOWLER: I will make a note of it, Steve. 09:31:29 09:31:30

MR. SKLAR: Okay. 09:31:36

BY MR. SKLAR: 09:31:36

Q. And you tied in, Ms. Williams, when you mentioned that nondisclosure, you tied in Diamond Innovations, and that got me confused. How is Diamond Innovations relevant to the UAB situation? 09:31:37 09:31:39 09:31:42 09:31:44 09:31:47

**A. There is no relevance at all. I think I said Washington Diamonds, which is M7D. My apologies. I refer to them as Washington Diamonds. If it is easier, I will try to remember to say M7D.** 09:31:48 09:31:50 09:31:53 09:31:57 09:32:00

Q. That one I got down, the Washington Diamonds and M7D. I thought -- I may have misheard. Did you say Diamond Innovations? 09:32:02 09:32:03 09:32:06

**A. I am not aware of any connection between UAB and Diamond Innovations at all.** 09:32:08 09:32:11

Q. So the purpose of the nondisclosure agreement, what was that again? I didn't catch 09:32:13 09:32:15

**A. Yes.** 01:04:11
MR. SKLAR: I will pull up the next exhibit, which is F7, please. And let me give it the next number. It is Williams Exhibit 15. It is a document having Production Nos. CARN-FEN_1064 to 1067, and it is entitled "U.S. Patent RE41,189." 01:04:11 01:04:14 01:04:24 01:04:29 01:04:29 01:04:29
(Williams Exhibit No. 15 was marked for identification.) 01:04:31 01:04:31
BY MR. SKLAR: 01:04:32
Q. Do you see this document, Ms. Williams? 01:04:32
**A. Yes, I do.** 01:04:56
Q. And are you familiar with this document? 01:04:58
**A. Yes.** 01:04:59
Q. How are you familiar with it? 01:04:59
**A. I have seen it as a Carnegie patent and subject to the license with Washington Diamonds/ M7D.** 01:05:03 01:05:06 01:05:09
Q. And do you understand this patent has been asserted against my client, Fenix, as well as PGD in the other case? 01:05:11 01:05:14 01:05:17
**A. Yes.** 01:05:18
Q. Now, I am going to ask you questions about the inventorship. Do you see there is inventors identified on the face of Exhibit 15, page 1064? 01:05:21 01:05:24 01:05:27

**talked about. But those weren't final figures. They are just estimates based on, I think, certain details that they had at the time. So the expectation, of course, would be that we would work with them on that aspect and understand what ultimately the royalties were that are owed to Carnegie in 2020 and work out a payment deal with them for next year to pay those back.** 02:55:29 02:55:33 02:55:36 02:55:39 02:55:41 02:55:45 02:55:47 02:55:51 02:55:59

MR. SKLAR: Let me turn your attention to another document. This is F22, which I am going to mark as Williams Exhibit 20. 02:56:03 02:56:04 02:56:18

(Williams Exhibit No. 20 was marked for identification.) 02:56:22 02:56:22

BY MR. SKLAR: 02:56:31

Q. And let me know when you have that up. 02:56:32

**A. I have that open now.** 02:56:52

Q. This is a document entitled "Patent License Agreement." Do you see that on page -- I guess for the record this document goes from page CARN-FEN_2336 to 2379. The first page says "Patent License Agreement" as the title. Do you see that title? 02:56:55 02:56:57 02:57:00 02:57:04 02:57:10 02:57:13

**A. Yes.** 02:57:14

Q. What is this document? 02:57:15

A. **This is the license agreement between Carnegie Institution of Washington and Washington Diamonds/M7D that was put in place in 2011.** 02:57:18 02:57:20 02:57:24

Q. And this agreement identifies the various patent rights that were licensed to WD; is that correct? 02:57:33 02:57:38 02:57:44

A. **Yes. This should include -- this doesn't -- oh, I guess they do put in the case numbers, so you can see that, too. Yes, those are the patents that are subject to the license.** 02:57:47 02:57:51 02:57:54 02:57:56

Q. I guess I'll refer to Attachment A that starts at 2353 of the document, Exhibit 20. 02:57:59 02:58:05

A. **Right, yes.** 02:58:18

[redacted] 02:58:41

Q. And I think just to confirm, this document was signed by Carnegie; is that right? I am looking at page 2352. 02:58:44 02:58:46 02:58:53

document. This is F26. I am going to mark this 03:12:20
as Williams Exhibit 21. It is a document having 03:12:35
Production Nos. CARN-FEN_184538 through 184548. 03:12:38
(Williams Exhibit No. 21 was marked 03:12:50
for identification.) 03:12:50
BY MR. SKLAR: 03:12:50
Q. Let me start with first do you recognize 03:13:00
this document. 03:13:02
**A. Yes.** 03:13:03
Q. And what is this document? 03:13:03
**A. This is the most current amendment in** 03:13:06
**place between Carnegie and M7D to their 2011** 03:13:10
**license agreement.** 03:13:16
Q. And this amendment was dated what? 03:13:19
December 21, 2018, it looks like. Is that right? 03:13:22
**A. Yes.** 03:13:26
Q. And executed by both M7D and Carnegie? 03:13:26
**A. Yes.** 03:13:30
[redacted] 08

MS. FOWLER: We can take that up separately. I don't think we need to take any more of the court reporter's time or Emily's time, but I appreciate your position. 07:38:44 07:38:46 07:38:48 07:38:50

THE VIDEOGRAPHER: The time right now is 7:39 p.m., and we are off the record. 07:38:53 07:38:54

MS. FOWLER: We reserve reading and signing. 07:38:56 07:38:56

\- - - 07:38:56

(Deposition concluded at 7:39 p.m.) 07:39:03

\- - - 07:39:07

CERTIFICATE OF REPORTER

I, Lorraine B. Marino, Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public, do hereby certify that there came before me on AUGUST 20, 2020 the deponent herein, EMILY R. WILLIAMS, who was duly sworn by me and thereafter examined by counsel for the respective parties; that the questions asked of said deponent and the answers given were taken down by me in Stenotype notes and thereafter transcribed by use of computer-aided transcription and computer printer under my direction.

I further certify that the foregoing is a true and correct transcript of the testimony given at said examination of said witness.

I further certify that the deposition was made available to the witness for reading and signing.

I further certify that I am not counsel attorney, or relative of either party, or otherwise interested in the event of this suit.

Lorraine B. Marino, RDR, CRR
______________________________
Lorraine B. Marino, RDR, CRR

Date: 8/24/20

ACKNOWLEDGMENT OF DEPONENT 07:39:07

07:39:07

I, ________________________, do hereby 07:39:07

acknowledge that I have read and examined the 07:39:07

foregoing testimony, and the same is a true, correct 07:39:07

and complete transcription of the testimony given by 07:39:07

me, and any corrections appear on the attached Errata 07:39:07

Sheet signed by me. 07:39:07

07:39:07

____________ ____________________________________ 07:39:07

(DATE) (SIGNATURE) 07:39:07

07:39:07

NOTARIZATION (If Required) 07:39:07

07:39:07

State of ______________________ 07:39:07

County of _____________________ 07:39:07

07:39:07

Subscribed and sworn to (or affirmed) before me on 07:39:07

this ______ day of ______________________, 20____, by 07:39:07

____________________________, proved to me on the 07:39:07

basis of satisfactory evidence to be the person who 07:39:07

appeared before me. 07:39:07

07:39:07

Signature: __________________________________ 07:39:07

(Seal) 07:39:07