# EXHIBIT 8

## HIGHLY CONFIDENTIAL

1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

CARNEGIE INSTITUTION OF      )
WASHINGTON and M7D           )
CORPORATION,                 )
              Plaintiffs,    )
                             )
         vs.                 )    Case No.
                             )1:20-cv-00200 JSR
FENIX DIAMONDS LLC,          )
                             )
              Defendant.     )

                  - - -
         Videotaped deposition of MICHAEL

CAPANO, Ph.D., taken pursuant to notice via

videoconference at 6121 Marigold Court, Whitestown,

Indiana, on Friday, October 23, 2020, at 9:01 a.m.,

before Lorraine B. Marino, Registered Diplomate

Reporter, Certified Realtime Reporter and Notary

Public.

                  - - -

              HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

Capano, Michael                                   October 23, 2020

2

```
 1    APPEARANCES: (via videoconference)

 2              MATTHEW J. MOFFA, ESQ.
               PERKINS COIE LLP
 3               700 13th Street, NW - Suite 800
                 Washington, DC  20005
 4               202-654-3316
                 mmoffa@perkinscoie.com
 5               for Plaintiffs

 6              DAVID AIRAN, ESQ.
               LEYDIG, VOIT & MAYER, LTD.
 7               Two Prudential Plaza - Suite 4900
                 180 North Stetson Avenue
 8               Chicago, IL  60601
                 312-616-5600
 9               dairan@leydig.com
                 for Defendant Fenix Diamonds
10

11    ALSO PRESENT: (via videoconference)

12              ANIA BILINSKA,
               Videographer
13                        - - -

14

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

6

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Good morning.  We | 09:01:12 |
| 2 | are now going on the video record.  The time is | 09:01:12 |
| 3 | approximately 9:01 a.m.  Today's date is Friday, | 09:01:16 |
| 4 | October 23, 2020.  This begins the video | 09:01:21 |
| 5 | deposition of Dr. Michael Capano in the matter of | 09:01:27 |
| 6 | Carnegie Institution of Washington vs. Fenix | 09:01:32 |
| 7 | Diamonds, case No. 1:20-cv-00200-JSR.  This | 09:01:36 |
| 8 | deposition is being held remotely via Zoom video | 09:01:50 |
| 9 | conference. | 09:01:53 |
| 10 | My name is Ania Bilinska.  I am the | 09:01:55 |
| 11 | videographer representing Henderson Legal | 09:01:58 |
| 12 | Services. | 09:01:59 |
| 13 | Will counsel please state their | 09:02:01 |
| 14 | appearances and affiliations for the record. | 09:02:02 |
| 15 | MR. AIRAN:  Good morning.  My name | 09:02:06 |
| 16 | is David Airan, of the law firm Leydig, Voit & | 09:02:07 |
| 17 | Mayer, and I represent the defendant in this | 09:02:09 |
| 18 | action, Fenix Diamonds, LLC. | 09:02:11 |
| 19 | MR. MOFFA:  This is Matthew Moffa, | 09:02:15 |
| 20 | with Perkins Coie, representing plaintiffs. | 09:02:16 |
| 21 | THE VIDEOGRAPHER:  The court | 09:02:20 |
| 22 | reporter is Lorraine Marino, representing | 09:02:21 |
| 23 | Henderson Legal Services, and will now swear in | 09:02:24 |
| 24 | the witness. | 09:02:27 |
| 25 | | |

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

7

| | | |
|---|---|---|
| 1 | MICHAEL CAPANO, having been first | 09:02:32 |
| 2 | duly sworn, was examined and testified as | 09:02:33 |
| 3 | follows: | 09:02:33 |
| 4 | BY MR. AIRAN: | 09:02:44 |
| 5 | Q.  Good morning, Dr. Capano. | 09:02:44 |
| 6 | A.  Good morning. | 09:02:46 |
| 7 | Q.  Can you please state your business address | 09:02:47 |
| 8 | for the record? | 09:02:49 |
| 9 | A.  My business address, it depends on if you | 09:02:57 |
| 10 | are talking about my Purdue address or my address | 09:03:01 |
| 11 | affiliated with this action. | 09:03:05 |
| 12 | Q.  Why don't we do both.  Let's start with | 09:03:07 |
| 13 | the Purdue address. | 09:03:09 |
| 14 | A.  It is 1205 West State Street, West | 09:03:11 |
| 15 | Lafayette, Indiana, 47907. | 09:03:17 |
| 16 | Q.  And you mentioned another address? | 09:03:21 |
| 17 | A.  That would be the 6121 Marigold Court, | 09:03:23 |
| 18 | Whitestown, Indiana. | 09:03:29 |
| 19 | Q.  Have you ever been deposed before? | 09:03:32 |
| 20 | A.  Yes, I have. | 09:03:35 |
| 21 | Q.  Approximately how many times? | 09:03:36 |
| 22 | A.  This is the third. | 09:03:39 |
| 23 | Q.  And you were deposed earlier this week in | 09:03:44 |
| 24 | a related action? | 09:03:46 |
| 25 | A.  Yes, sir, I was. | 09:03:47 |

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

77

| | | |
|---|---|---|
| 1 | MR. MOFFA:  Objection; form. | 11:04:08 |
| 2 | Objection; asked and answered. | 11:04:11 |
| 3 | THE WITNESS:  A monocrystal, which | 11:04:14 |
| 4 | is synonymous with single crystal, is larger in | 11:04:16 |
| 5 | size than the average crystallite size that you | 11:04:24 |
| 6 | see in Figure 7. | 11:04:30 |
| 7 | BY MR. AIRAN: | 11:04:41 |
| 8 | Q.  I want to move ahead to page 36 of your | 11:04:43 |
| 9 | expert report.  Let me know when you are there. | 11:04:48 |
| 10 | **A.  I am here.** | 11:04:58 |
| 11 | Q.  There is an image which is your Figure 10. | 11:05:01 |
| 12 | Do you see that? | 11:05:03 |
| 13 | **A.  Yes.** | 11:05:06 |
| 14 | Q.  And that shows the dark region indicating | 11:05:08 |
| 15 | polycrystalline growth along the edges; is that | 11:05:12 |
| 16 | correct? | 11:05:14 |
| 17 | **A.  That is correct.** | 11:05:16 |
| 18 | Q.  Do you agree that that dark region is | 11:05:18 |
| 19 | polycrystalline material? | 11:05:20 |
| 20 | **A.  I agree that that material around the edge** | 11:05:24 |
| 21 | **is polycrystalline material.** | 11:05:27 |
| 22 | Q.  Did you physically inspect it? | 11:05:31 |
| 23 | **A.  No.** | 11:05:37 |
| 24 | Q.  The scientific literature consistently | 11:05:42 |
| 25 | refers to that black material that forms on the | 11:05:44 |

HIGHLY CONFIDENTIAL

Capano, Michael                                October 23, 2020

78

| | | |
|---|---|---|
| 1 | edges as polycrystalline material; is that fair? | 11:05:46 |
| 2 | MR. MOFFA:  Objection; form. | 11:05:50 |
| 3 | Objection; calls for speculation. | 11:05:52 |
| 4 | THE WITNESS:  What type of material | 11:05:56 |
| 5 | are you referring to? | 11:05:57 |
| 6 | BY MR. AIRAN: | 11:05:59 |
| 7 | Q.  That dark region as shown in your Figure | 11:06:00 |
| 8 | 10. | 11:06:03 |
| 9 | **A.  The polycrystalline material would be many** | 11:06:07 |
| 10 | **different types or could be different types of** | 11:06:09 |
| 11 | **materials.  It could be polycrystalline diamond.** | 11:06:11 |
| 12 | **It could be polycrystalline graphite.  It could** | 11:06:13 |
| 13 | **be a combination thereof.  So while it refers** | 11:06:16 |
| 14 | **to -- is referred to as polycrystalline material,** | 11:06:23 |
| 15 | **I don't know what the partitioning is between** | 11:06:29 |
| 16 | **polycrystalline diamond and polycrystalline** | 11:06:32 |
| 17 | **graphite or any other forms of carbon.** | 11:06:34 |
| 18 | Q.  In the CVD industry and scientific | 11:06:40 |
| 19 | literatures that type of black material that is | 11:06:46 |
| 20 | seen on the outside of growing diamond is | 11:06:49 |
| 21 | typically referred to as polycrystalline diamond | 11:06:51 |
| 22 | material.  Is that fair? | 11:06:54 |
| 23 | MR. MOFFA:  Objection; form. | 11:06:55 |
| 24 | Objection; foundation. | 11:06:56 |
| 25 | THE WITNESS:  In some cases, yes. | 11:06:58 |

HIGHLY CONFIDENTIAL

Capano, Michael                                        October 23, 2020

79

| | | |
|---|---|---|
| 1 | BY MR. AIRAN: | 11:07:02 |
| 2 | Q.  For example, the case that is shown in | 11:07:02 |
| 3 | your Figure 10? | 11:07:03 |
| 4 | MR. MOFFA:  Same objections. | 11:07:08 |
| 5 | THE WITNESS:  I would have to refer | 11:07:13 |
| 6 | back to the source. | 11:07:13 |
| 7 | BY MR. AIRAN: | 11:07:17 |
| 8 | Q.  In your description of your Figure 10 it | 11:07:18 |
| 9 | says, "The dark region along the edge is a | 11:07:19 |
| 10 | polycrystalline diamond film at end faces."  Do | 11:07:22 |
| 11 | you see that? | 11:07:26 |
| 12 | **A.  Yes.** | 11:07:27 |
| 13 | MR. MOFFA:  Objection -- sorry. | 11:07:29 |
| 14 | Just let me -- objection; mischaracterizes | 11:07:31 |
| 15 | evidence.  Proceed.  Just give me a second. | 11:07:32 |
| 16 | BY MR. AIRAN: | 11:07:36 |
| 17 | Q.  That material, that dark black material is | 11:07:43 |
| 18 | considered to be polycrystalline diamond film? | 11:07:47 |
| 19 | **A.  That's what the caption reads, yes.** | 11:07:52 |
| 20 | Q.  And you accept that? | 11:07:54 |
| 21 | MR. MOFFA:  Objection; form. | 11:07:58 |
| 22 | THE WITNESS:  I do accept that. | 11:08:00 |
| 23 | BY MR. AIRAN: | 11:08:09 |
| 24 | Q.  I am going to move ahead to paragraph 106 | 11:08:10 |
| 25 | of your expert report.  Let me know when you are | 11:08:13 |

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

82

| | | |
|---|---|---|
| 1 | but it could be heat transfer.  It can be the | 11:11:46 |
| 2 | nature of the surfaces prior to growth.  It could | 11:11:53 |
| 3 | be the flow rates.  It could have to do with | 11:12:00 |
| 4 | growth rates.  It could have to do with | 11:12:06 |
| 5 | anisotropy in the growth rates associated with | 11:12:10 |
| 6 | surfaces on the sides of the diamond seed and the | 11:12:14 |
| 7 | growing diamond. | 11:12:20 |
| 8 | Q.   Okay.  Moving ahead in your expert report | 11:12:26 |
| 9 | to the next paragraph, there are several images. | 11:12:29 |
| 10 | I have them up on the screen as well.  Let me | 11:12:32 |
| 11 | know when you are there. | 11:12:35 |
| 12 | A.   I have them. | 11:12:36 |
| 13 | Q.   Is the black material on page 39 | 11:12:40 |
| 14 | considered polycrystalline material? | 11:12:44 |
| 15 | A.   It could be the combination of | 11:13:20 |
| 16 | polycrystalline material and impurities that I | 11:13:22 |
| 17 | had cited in paragraph 106. | 11:13:24 |
| 18 | Q.   Is that black material polycrystalline | 11:13:31 |
| 19 | diamond? | 11:13:33 |
| 20 | MR. MOFFA:  Objection; asked and | 11:13:35 |
| 21 | answered. | 11:13:36 |
| 22 | THE WITNESS:  I would have to | 11:13:38 |
| 23 | analyze it to see what the relative partitioning | 11:13:40 |
| 24 | is between polycrystalline diamond and any other | 11:13:45 |
| 25 | form of carbon. | 11:13:49 |

HIGHLY CONFIDENTIAL

Capano, Michael                                October 23, 2020

83

| | | |
|---|---|---|
| 1 | BY MR. AIRAN: | 11:13:51 |
| 2 | Q.  Would a person of ordinary skill in the | 11:13:52 |
| 3 | art consider that material to be polycrystalline | 11:13:54 |
| 4 | diamond? | 11:13:55 |
| 5 | **A.  Some would include that to be** | 11:13:59 |
| 6 | **polycrystalline diamond.  Others would include it** | 11:14:03 |
| 7 | **to be non-diamond carbon.  So there is a range** | 11:14:05 |
| 8 | **of -- there is a range of understanding of what** | 11:14:13 |
| 9 | **that material is.** | 11:14:15 |
| 10 | Q.  Let's move to the next page, in paragraph | 11:14:20 |
| 11 | 107.  And please let me know when you are there. | 11:14:22 |
| 12 | **A.  I am here.** | 11:14:33 |
| 13 | Q.  You selected that image for inclusion in | 11:14:35 |
| 14 | your expert report? | 11:14:38 |
| 15 | **A.  Yes.** | 11:14:41 |
| 16 | Q.  Why did you do that? | 11:14:43 |
| 17 | **A.  It shows a block of CVD diamonds.** | 11:14:46 |
| 18 | Q.  And does it show polycrystalline material | 11:14:51 |
| 19 | on that block? | 11:14:53 |
| 20 | **A.  There is polycrystalline material on that** | 11:14:57 |
| 21 | **block that is in part growing around each diamond** | 11:15:01 |
| 22 | **and that can fuse that together to form the** | 11:15:11 |
| 23 | **block.** | 11:15:18 |
| 24 | Q.  Is that polycrystalline diamond material? | 11:15:18 |
| 25 | **A.  It may be.  As I stated a few minutes ago,** | 11:15:20 |

HIGHLY CONFIDENTIAL

Capano, Michael                                      October 23, 2020

94

| 1 | second limitation of claims 1 and 12 below." So | 11:31:06 |
| 2 | I am not taking the Court's claim construction of | 11:31:14 |
| 3 | these terms in isolation, but they have relevance | 11:31:16 |
| 4 | in how they fit back into claim 1 and claim 12. | 11:31:21 |
| 5 | Q.  Do you interpret "growth surface" to | 11:31:27 |
| 6 | include the non-diamond or polycrystalline | 11:31:28 |
| 7 | diamond that grows at the periphery of the | 11:31:31 |
| 8 | single-crystal diamond? | 11:31:34 |
| 9 | MR. MOFFA:  Objection; asked and | 11:31:37 |
| 10 | answered.  Objection; form. | 11:31:38 |
| 11 | THE WITNESS:  Let me turn back to -- | 11:31:50 |
| 12 | let me turn back to 59.  You can keep that up on | 11:31:51 |
| 13 | the screen.  But the growth surface as defined by | 11:31:54 |
| 14 | the Court and as applied in my report has its | 11:32:08 |
| 15 | plain and ordinary meaning that is the surface | 11:32:13 |
| 16 | upon which diamond growth is occurring.  The | 11:32:18 |
| 17 | non-diamond carbon is not included in the growth | 11:32:23 |
| 18 | surface. | 11:32:28 |
| 19 | BY MR. AIRAN: | 11:32:31 |
| 20 | Q.  Okay.  That's what I am asking.  So the | 11:32:31 |
| 21 | statement in paragraph 173 that growth surface | 11:32:33 |
| 22 | does not include the non-diamond or | 11:32:38 |
| 23 | polycrystalline diamond is your opinion in this | 11:32:41 |
| 24 | case? | 11:32:45 |
| 25 | A.  It's not my opinion in this case.  It is | 11:32:48 |

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

96

| | | |
|---|---|---|
| 1 | 173 that the term "growth surface" does not | 11:34:19 |
| 2 | include non-diamond or polycrystalline diamond | 11:34:23 |
| 3 | that grows at the periphery of the single-crystal | 11:34:26 |
| 4 | diamond? | 11:34:29 |
| 5 | **A.  Is that the statement that you have** | 11:34:32 |
| 6 | **highlighted?** | 11:34:33 |
| 7 | Q.  Yes. | 11:34:35 |
| 8 | **A.  I stand by that.** | 11:34:45 |
| 9 | Q.  So polycrystalline diamond is not included | 11:34:48 |
| 10 | in the meaning of the term "growth surface," in | 11:34:52 |
| 11 | your opinion? | 11:34:55 |
| 12 | MR. MOFFA:  David, asked and | 11:34:56 |
| 13 | answered.  Haven't we asked this question a few | 11:34:57 |
| 14 | times now? | 11:35:01 |
| 15 | MR. AIRAN:  You can answer. | 11:35:03 |
| 16 | THE WITNESS:  My opinion is that I | 11:35:04 |
| 17 | have no evidence that polycrystalline diamond is | 11:35:06 |
| 18 | pure polycrystalline diamond free of non-diamond | 11:35:10 |
| 19 | carbon or polycrystalline graphite. | 11:35:14 |
| 20 | BY MR. AIRAN: | 11:35:19 |
| 21 | Q.  But to be clear, you stand by the opinion | 11:35:20 |
| 22 | in paragraph 173 that the term "growth surface" | 11:35:22 |
| 23 | excludes non-diamond or polycrystalline diamond | 11:35:29 |
| 24 | that grows at the periphery of the single-crystal | 11:35:32 |
| 25 | diamond? | 11:35:34 |

HIGHLY CONFIDENTIAL

Capano, Michael                              October 23, 2020

108

| | | |
|---|---|---|
| 1 | A.  I certainly stand by the first sentence in | 11:54:25 |
| 2 | 269.  And there are qualitative requirements for | 11:54:28 |
| 3 | the definition of "insubstantial" that I would | 11:54:47 |
| 4 | also not stand by, but not all. | 11:54:50 |
| 5 | Q.  Okay.  So I am trying to understand your | 11:54:58 |
| 6 | paragraph 269.  Is it correct as written or it is | 11:54:59 |
| 7 | incorrect as written? | 11:55:02 |
| 8 | A.  (Pause) I would change it to | 11:55:37 |
| 9 | "quantitative." | 11:55:39 |
| 10 | Q.  So the determination of whether the claim | 11:55:42 |
| 11 | is met by a particular diamond is determined by | 11:55:49 |
| 12 | qualitative analysis; is that correct? | 11:55:55 |
| 13 | A.  It is determined by procedures that one | 11:55:59 |
| 14 | would take post-growth. | 11:56:04 |
| 15 | Q.  Okay.  So let me break that down a bit. | 11:56:09 |
| 16 | It is possible to determine if a diamond has | 11:56:15 |
| 17 | insubstantial non-monocrystalline growth through | 11:56:19 |
| 18 | a qualitative analysis.  Is that fair? | 11:56:22 |
| 19 | A.  It's possible to determine what | 11:56:29 |
| 20 | insubstantial and non-monocrystalline growth is | 11:56:31 |
| 21 | in terms of what processing post-growth must | 11:56:34 |
| 22 | occur. | 11:56:42 |
| 23 | Q.  And that would be done on a qualitative | 11:56:44 |
| 24 | basis as opposed to a quantitative basis? | 11:56:47 |
| 25 | A.  Possibly, yes. | 11:56:57 |

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

110

| | | |
|---|---|---|
| 1 | please. | 11:58:42 |
| 2 | BY MR. AIRAN: | 11:58:43 |
| 3 | Q.  Sure.  Right before paragraph 269 you | 11:58:43 |
| 4 | state what element 1(b) is.  266 actually.  If | 11:58:52 |
| 5 | you look at the heading, Section 3, on page 122 | 11:58:58 |
| 6 | of your expert report. | 11:59:01 |
| 7 | **A.  Yes.** | 11:59:03 |
| 8 | Q.  You refer to single-crystal diamond there. | 11:59:04 |
| 9 | Do you see that? | 11:59:07 |
| 10 | **A.  "Fenix infringes the 'growing** | 11:59:08 |
| 11 | **single-crystal diamond'"?  Yes.** | 11:59:10 |
| 12 | Q.  Correct.  So you list that element 1(b). | 11:59:14 |
| 13 | Do you see that? | 11:59:18 |
| 14 | **A.  Yes.** | 11:59:19 |
| 15 | Q.  And it is your opinion that element 1(b), | 11:59:22 |
| 16 | growing single-crystal diamond by microwave | 11:59:27 |
| 17 | plasma chemical vapor deposition on the growth | 11:59:30 |
| 18 | surface, is met by processes or is determined by | 11:59:32 |
| 19 | processes that happen after growth? | 11:59:41 |
| 20 | MR. MOFFA:  Objection; form. | 11:59:44 |
| 21 | Objection; mischaracterizes testimony. | 11:59:48 |
| 22 | BY MR. AIRAN: | 11:59:52 |
| 23 | Q.  Do you understand the question, sir? | 11:59:53 |
| 24 | **A.  I do understand the question.  If a single** | 11:59:54 |
| 25 | **crystal is a size that meets the growth** | 12:00:01 |

111

| | | |
|---|---|---|
| 1 | **objective, then the surrounding material, no** | 12:00:08 |
| 2 | **matter how much there is, does not eliminate the** | 12:00:16 |
| 3 | **fact that you have grown a single crystal.** | 12:00:23 |
| 4 | Q.  So your opinion is that Nouveau's process | 12:00:37 |
| 5 | meets limitation 1(b) because the single crystal | 12:00:42 |
| 6 | can be cut out from the surrounding | 12:00:48 |
| 7 | polycrystalline and non-monocrystalline material? | 12:00:52 |
| 8 | MR. MOFFA:  Objection; form. | 12:00:59 |
| 9 | THE WITNESS:  Where do you read the | 12:01:02 |
| 10 | second half of your question? | 12:01:03 |
| 11 | BY MR. AIRAN: | 12:01:06 |
| 12 | Q.  I am just asking you for your opinion. | 12:01:06 |
| 13 | **A.  Repeat the question, please.** | 12:01:10 |
| 14 | Q.  Sure.  You understand that the Nouveau | 12:01:12 |
| 15 | process results in single-crystal material that | 12:01:14 |
| 16 | is surrounded by non-monocrystalline material; | 12:01:20 |
| 17 | correct? | 12:01:24 |
| 18 | MR. MOFFA:  Objection; foundation. | 12:01:26 |
| 19 | THE WITNESS:  Correct. | 12:01:29 |
| 20 | BY MR. AIRAN: | 12:01:30 |
| 21 | Q.  And it is your opinion that limitation | 12:01:30 |
| 22 | 1(b) is met because the non-monocrystalline | 12:01:34 |
| 23 | material can be cut away from the single-crystal | 12:01:39 |
| 24 | material; is that correct? | 12:01:44 |
| 25 | MR. MOFFA:  Objection; | 12:01:46 |

HIGHLY CONFIDENTIAL

Capano, Michael                                           October 23, 2020

115

| 1 | BY MR. AIRAN: | 12:05:53 |
| 2 | Q.  And when you are referring to the material | 12:05:53 |
| 3 | that is surrounding the single-crystalline | 12:05:56 |
| 4 | growth, would that be the black material that you | 12:05:57 |
| 5 | can see, for example, in View 8 of the Nouveau | 12:05:59 |
| 6 | affidavit? | 12:06:04 |
| 7 | **A.  Yes, however that is characterized, which** | 12:06:08 |
| 8 | **could be polycrystalline diamond, polycrystalline** | 12:06:12 |
| 9 | **graphite or some combination thereof, including** | 12:06:16 |
| 10 | **non-diamond carbon.** | 12:06:20 |
| 11 | Q.  So your view is that that material is not | 12:06:22 |
| 12 | substantial because it can be removed from the | 12:06:26 |
| 13 | material, the single-crystal material? | 12:06:29 |
| 14 | **A.  It is not substantial because it does not** | 12:06:33 |
| 15 | **affect the value of the material that is being** | 12:06:36 |
| 16 | **grown.** | 12:06:43 |
| 17 | Q.  And by "value," you mean the monetary | 12:06:45 |
| 18 | value? | 12:06:48 |
| 19 | **A.  Or the end application, yes.** | 12:06:49 |
| 20 | Q.  So so long as you are able to make a | 12:06:56 |
| 21 | single-crystal diamond that can be used for | 12:07:00 |
| 22 | gemstone, it doesn't matter how much | 12:07:02 |
| 23 | polycrystalline or other non-monocrystalline | 12:07:05 |
| 24 | material surrounds the single-crystal material? | 12:07:09 |
| 25 | MR. MOFFA:  Objection; form. | 12:07:12 |

HIGHLY CONFIDENTIAL

Capano, Michael                                          October 23, 2020

116

| | | |
|---|---|---|
| 1 | BY MR. AIRAN: | 12:07:15 |
| 2 | Q.  Is that correct? | 12:07:15 |
| 3 | **A.  It is correct to the extent that you can** | 12:07:20 |
| 4 | **remove that material.  It is accepted that there** | 12:07:23 |
| 5 | **is going to be some of the non-monocrystalline** | 12:07:26 |
| 6 | **material surrounding the single-crystalline** | 12:07:32 |
| 7 | **material, but only to the extent that that** | 12:07:34 |
| 8 | **eliminates or diminishes the value of the grown** | 12:07:39 |
| 9 | **monocrystalline material would the amount become** | 12:07:45 |
| 10 | **substantial.** | 12:07:49 |
| 11 | Q.  So if it eliminates or diminishes the | 12:07:54 |
| 12 | value of the grown monocrystalline material, it | 12:07:57 |
| 13 | would be considered substantial?  And by "it," I | 12:08:02 |
| 14 | mean the non-monocrystalline material. | 12:08:07 |
| 15 | MR. MOFFA:  Objection; form. | 12:08:10 |
| 16 | THE WITNESS:  No, I am not going | 12:08:11 |
| 17 | that far.  I would say that it becomes | 12:08:12 |
| 18 | substantial if the growth process would be deemed | 12:08:16 |
| 19 | as a failure, meaning you could not use the | 12:08:23 |
| 20 | single-crystalline material to either form | 12:08:31 |
| 21 | gemstone or to be functional in any other | 12:08:33 |
| 22 | application. | 12:08:37 |
| 23 | BY MR. AIRAN: | 12:08:40 |
| 24 | Q.  Got it.  So the test for substantiality in | 12:08:41 |
| 25 | insubstantial non-monocrystalline growth, in your | 12:08:44 |

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

180

1    Court's construction.                          02:39:16

2    BY MR. AIRAN:                                  02:39:19

3        Q.  I understand that.  I am asking you to  02:39:20

4    assume that the Court's construction includes   02:39:21

5    every place where hydrocarbon gases are accruing. 02:39:24

6    Do you understand that?                         02:39:29

7        **A.  I understand that.**                  02:39:30

8              MR. MOFFA:  Objection to form.        02:39:31

9    BY MR. AIRAN:                                    02:39:33

10       Q.  So I am asking you to assume that        02:39:33

11   construction.  Are you with me?                 02:39:35

12       **A.  You are asking me to assume a construction** 02:39:38

13   **that is contrary to the Court's order.**       02:39:43

14       Q.  I understand that.                       02:39:47

15       **A.  And for purposes of this deposition,** 02:39:48

16   **that's not what I am going to testify in court,** 02:39:50

17   **so, I mean, it is a hypothetical.  I would rather** 02:39:55

18   **not be on the record as saying yes or no to**  02:39:59

19   **something that is outside the Court construction** 02:40:03

20   **order.**                                       02:40:09

21       Q.  So you are not willing to answer a       02:40:10

22   hypothetical question in which the meaning of the 02:40:14

23   term "growth surface" includes the entire surface 02:40:17

24   where hydrocarbon gases are accruing; is that    02:40:22

25   correct?                                         02:40:25

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

181

| 1 | A.   No, I am not willing to include the entire | 02:40:25 |

1      A.   No, I am not willing to include the entire   02:40:25

2  surface upon which hydrocarbon gases are   02:40:31

3  accruing.  I think that's contrary to the Court's   02:40:34

4  construction.   02:40:37

5             The ultimate claim, claim 1 and   02:40:39

6  claim 12, refer to growing single-crystalline   02:40:44

7  material.  And so fitting the court construction   02:40:47

8  order into those claims to me excludes the   02:40:51

9  non-diamond carbon and the material surrounding   02:41:01

10  the single-crystalline surface.   02:41:03

11      Q.   I understand that, Doctor.  I understand   02:41:07

12  that that's your opinion.  What I am asking you   02:41:09

13  to do as an expert in this case is assume a   02:41:11

14  hypothetical.  Do you understand that experts can   02:41:13

15  do that in litigation?   02:41:16

16             MR. MOFFA:  Objection to form.   02:41:17

17             THE WITNESS:  I understand that.   02:41:19

18  But you understand my reluctance to want to   02:41:20

19  answer that, because it is going to put me on   02:41:24

20  record as saying, well, if this were the case,   02:41:28

21  well, then Capano agrees with it, and I don't   02:41:32

22  agree with it.   02:41:37

23             I strongly believe that the   02:41:38

24  construction from the Court that I have applied   02:41:43

25  in coming up with my opinions is the proper   02:41:47

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

182

| | | |
|---|---|---|
| 1 | construction in the application of the Court's | 02:41:52 |
| 2 | order.  And so I am hesitant about speculating or | 02:41:54 |
| 3 | hypothesizing what may be the case under a | 02:42:03 |
| 4 | different construction. | 02:42:05 |
| 5 | BY MR. AIRAN: | 02:42:07 |
| 6 | Q.  Sure.  I understand that.  So just so I am | 02:42:08 |
| 7 | clear, you are not willing to accept a | 02:42:09 |
| 8 | construction of growth surface that would include | 02:42:11 |
| 9 | the entire surface upon which hydrocarbon gases | 02:42:16 |
| 10 | are accruing; is that correct? | 02:42:20 |
| 11 | **A.  I would not accept that.** | 02:42:22 |
| 12 | **Can I amplify that?** | 02:42:42 |
| 13 | Q.  Sure. | 02:42:44 |
| 14 | **A.  The entire surface upon which hydrocarbons** | 02:42:47 |
| 15 | **are depositing would include in the stage, and so** | 02:42:49 |
| 16 | **I think that it is certainly not within the** | 02:42:55 |
| 17 | **spirit of the Court's construction order that one** | 02:42:58 |
| 18 | **would include the stage as part of the growth** | 02:43:02 |
| 19 | **surface.** | 02:43:07 |
| 20 | Q.  Okay.  Thank you for that correction.  I | 02:43:13 |
| 21 | want to shift gears for a moment before I run out | 02:43:19 |
| 22 | of time at the end of the day. | 02:43:21 |
| 23 | So just to back up for a minute on | 02:43:52 |
| 24 | your amplification, are you willing to exclude | 02:43:55 |
| 25 | the stage and still consider the growth surface | 02:43:58 |

HIGHLY CONFIDENTIAL

Capano, Michael                                    October 23, 2020

275

```
1    out of time.  I thank you, Dr. Capano, for your      05:31:35
2    time today and this afternoon.                        05:31:37
3              THE WITNESS:  Thank you.                     05:31:39
4              MR. MOFFA:  I don't have any                 05:31:43
5    redirect for Dr. Capano, but I would like 30 days      05:31:44
6    to read and sign.                                      05:31:47
7              MR. AIRAN:  And so we can go off the         05:31:51
8    record.                                                05:31:52
9              THE VIDEOGRAPHER:  This concludes            05:31:55
10   the videotaped deposition of Dr. Michael Capano        05:31:55
11   in the matter of Carnegie Institution of               05:31:59
12   Washington vs. Fenix Diamonds.  We are now going       05:32:01
13   off the video record, and the time is 5:32 p.m.        05:32:06
14                     - - -                                05:32:09
15             (Deposition concluded at 5:32 p.m.)          05:32:10
16                     - - -                                05:32:12
17                                                          05:32:12
18                                                          05:32:12
19
20
21
22
23
24
25
```

1              <u>CERTIFICATE OF REPORTER</u>

2

3          I, Lorraine B. Marino, Registered Diplomate
   Reporter, Certified Realtime Reporter and Notary
   Public, do hereby certify that there came before
4  me on OCTOBER 23, 2020 the deponent herein,
   MICHAEL CAPANO, Ph.D., who was duly sworn by me
5  and thereafter examined by counsel for the
   respective parties; that the questions asked of
6  said deponent and the answers given were taken
   down by me in Stenotype notes and thereafter
7  transcribed by use of computer—aided
   transcription and computer printer under my
8  direction.

9          I further certify that the foregoing is a
   true and correct transcript of the testimony
10 given at said examination of said witness.

11         I further certify that the deposition was
   made available to the witness for reading and
12 signing.

13         I further certify that I am not counsel
   attorney, or relative of either party, or
14 otherwise interested in the event of this suit.

15

16

17

18         _Lorraine B. Marino, RDR, CRR_
   _____
19         Lorraine B. Marino, RDR, CRR

20

21

22

23

24

25  Date:  10/25/20

HIGHLY CONFIDENTIAL

Capano, Michael                                                      October 23, 2020

277

| | | |
|---|---|---|
| 1 | ACKNOWLEDGMENT OF DEPONENT | 05:32:12 |
| 2 | | 05:32:12 |
| 3 | I, _____, do hereby | 05:32:12 |
| 4 | acknowledge that I have read and examined the | 05:32:12 |
| 5 | foregoing testimony, and the same is a true, correct | 05:32:12 |
| 6 | and complete transcription of the testimony given by | 05:32:12 |
| 7 | me, and any corrections appear on the attached Errata | 05:32:12 |
| 8 | Sheet signed by me. | 05:32:12 |
| 9 | | 05:32:12 |
| 10 | _____      _____ | 05:32:12 |
| 11 | (DATE)                    (SIGNATURE) | 05:32:12 |
| 12 | | 05:32:12 |
| 13 | NOTARIZATION  (If Required) | 05:32:12 |
| 14 | | 05:32:12 |
| 15 | State of _____ | 05:32:12 |
| 16 | County of _____ | 05:32:12 |
| 17 | | 05:32:12 |
| 18 | Subscribed and sworn to (or affirmed) before me on | 05:32:12 |
| 19 | this _____ day of _____, 20_____, by | 05:32:12 |
| 20 | _____, proved to me on the | 05:32:12 |
| 21 | basis of satisfactory evidence to be the person who | 05:32:12 |
| 22 | appeared before me. | 05:32:12 |
| 23 | | 05:32:12 |
| 24 | Signature: _____ | 05:32:12 |
| 25 | (Seal) | 05:32:12 |