IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON and M7D CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX DIAMONDS LLC,<br><br>Defendant. | Civil Action No. 1:20-cv-00200-JSR |

**DECLARATION OF AMIT MEHTA**

Pursuant to 28 U.S.C. § 1746, I, Amit Mehta, declare as follows:

1. I am the secretary and treasurer of Fenix Diamonds LLC ("Fenix"). I oversee Fenix's financial status and activities, including reviewing and processing the invoices occurred from the above captioned matter *Carnegie et al. v. Fenix*, No. 2:20-cv-200-JSR (S.D.N.Y.).

2. It is Fenix's regular practice to review the bills submitted from its legal providers to ensure the reasonableness of the charges.

3. I understand this Court instructed Fenix to submit a supplemental filing ("the Submission") that itemizes the requested fees and expenses in the Court's Order dated February 21, 2024.

4. I have reviewed the invoices included in Exhibits B-F attached to the Declaration of Wei-Chih Hsu submitted along with the Submission.

5. I confirm that those invoices included in Exhibits B-F of the Hsu Declaration have been paid in full, except for two invoices dated December 28, 2022, and January 9, 2023, from Leydig, Voit & Mayer, Ltd ("Leydig").

6. For the two Leydig December 28, 2022, and January 9, 2023, invoices, Leydig

1

and Fenix reached an adjusted payable amount of $33,423.22, of which $25,000 was compensation for attorney fees and $8,423.22 was for costs.

7. Fenix has paid the adjusted payable amount of $33,423.22 in full to Leydig.

8. I hereby certify and affirm that all of the facts herein are true based upon my personal knowledge, or are believed to be true to the best of my knowledge, and certify the truth of these statements under penalty of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2024      _____