UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARNEGIE INSTITUTION OF
WASHINGTON, and M7D CORPORATION,

                Plaintiffs,                20 **CIVIL** 0200 (JSR)

    -against-                  **AMENDED JUDGMENT**

FENIX DIAMONDS LLC,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 19, 2024, The Court thus awards Fenix the full amount of its requested attorneys' fees and non-taxable expenses, totaling $3,240,669.66, plus post-judgment interest under 28 U.S.C. § 1961. However, the Court rejects Fenix's belated request for discretionary prejudgment interest. The request for pre-judgment interest was waived two times over: Fenix made no such request in any of its earlier briefing in support of its entitlement to attorneys' fees and non-taxable expenses, and its reply brief to its supplemental submission addressed only the proper rate of interest if awarded but did not respond to Carnegie's argument that no pre-judgment interest should be awarded at all.

**Dated:**  New York, New York
        April 19, 2024

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                       **BY:**
                                                  **Deputy Clerk**