IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON, and M7D CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> FENIX DIAMONDS LLC, <br><br> Defendant. | § § § § § § § § § § § §   Civil Action No. 1:20-cv-0200 (JSR) |

**DECLARATION OF MATTHEW J. MEYER IN SUPPORT OF
PLAINTIFF CARNEGIE INSTITUTION OF WASHINGTON'S MOTION TO STAY
THE AMENDED JUDGMENT PENDING APPEAL AND WAIVER OF THE
SUPERSEDEAS BOND**

I, Matthew J. Meyer am an attorney at the law firm of Kilpatrick Townsend & Stockton LLP and counsel for Carnegie Institution of Washington ("Carnegie Science"). I make this declaration in support of Plaintiff Carnegie Institution of Washington's Motion to Stay the Amended Judgment Pending Appeal and Waiver of the Supersedeas Bond.

1. Attached hereto as **Exhibit A** is a true and correct copy of the Carnegie Year Book for Fiscal Year July 2021 – June 2022, available for download online at https://carnegiescience.edu/about/financial.

2. Attached hereto as **Exhibit B** is a true and correct copy of correspondence between counsel for Carnegie Science and counsel for Fenix Diamonds LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

DATED:  May 20, 2024

                                                MATTHEW J. MEYER