# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON, and M7D CORPORATION, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:20-cv-0200 (JSR) |
| | § | **[PROPOSED] ORDER GRANTING** |
| FENIX DIAMONDS LLC, | § § | **MOTION TO WITHDRAW AS** **ATTORNEY FOR APRIL E.** |
| Defendant. | § | **ISAACSON** |

Upon fulfilling the requirements set forth in Local Civil Rule 1.4 of the United States

District Court for the Southern District of New York, **April E. Isaacson**, of Kilpatrick Townsend

& Stockton LLP, is hereby WITHDRAWN AS COUNSEL OF RECORD for Plaintiff Carnegie

Institution Of Washington, in the above-entitled action, Case No. 1:20-cv-0200 (JSR).

IT IS SO ORDERED.

DATED: _____1/7/16_____          _____

Presented By:

GIANFRANCO FINIZIO
(NY Bar Number 4843751)
gfinizio@ktslaw.com
1114 Avenue Of The Americas
New York, NY 10036
Tel: (212) 775-8840 / Fax: (646) 786-4442