# United States Court of Appeals for the Federal Circuit

---

**CARNEGIE INSTITUTION OF WASHINGTON,**
*Plaintiff-Appellant*

**M7D CORPORATION,**
*Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________________
DATE FILED: Sep 17, 2026

**v.**

**FENIX DIAMONDS LLC,**
*Defendant-Cross-Appellant*

---

2024-1804, 2024-1824

---

Appeals from the United States District Court for the Southern District of New York in No. 1:20-cv-00200-JSR, Judge Jed S. Rakoff.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

September 17, 2026
Date

Jarrett B. Perlow
Clerk of Court